IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-51151
Summary Calendar
_____

GERALDINE TAYLOR,

Plaintiff-Appellant,

versus

KENNETH S. APFEL, Commissioner of Social Security,

Defendant-Appellee.

--------------------
Appeal from the United States District Court
for the Western District of Texas
USDC No. A-96-CV-810-SS
--------------------
October 5, 1999

Before JOLLY, JONES, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

Geraldine Taylor appeals the district court's judgment affirming the Commissioner of Social Security's denial of disability and supplemental security income (SSI) benefits. Taylor argues that there is no substantial evidence to support the Commissioner's decision. Having reviewed the entire record, we find that the decision was supported by substantial evidence and the proper legal standards were used in evaluating the evidence. See Villa v. Sullivan, 895 F.2d 1019, 1021 (5th Cir. 1990); Ripley v. Chater, 67 F.3d 552, 555 (5th Cir. 1995).

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Taylor argues that the Administrative Law Judge (ALJ) erred in discounting her complaints of pain. Contrary to this assertion, the ALJ considered the factors relevant to complaints of debilitating pain pursuant to 20 C.F.R. § 416.929. There is substantial evidence to support ALJ's finding that Taylor's testimony regarding the extent of her pain was not supported by the medical record and was not credible. See Falco v. Shalala, 27 F.3d 160, 163 (5th Cir. 1994).

Taylor also argues that the ALJ failed to complete a standard Psychiatric Review Technique Form. The failure to complete the form did not affect Taylor's substantial rights. Mays v. Bowen, 837 F.2d 1362, 1364 (5th Cir. 1988).

AFFIRMED.